UNITED STATES of America v. J. A. MAI-
LIA, State Bank Commissioner, et al.

No. 1238.

Circuit Court of Appeals, Tenth Circuit.

Feb. 18, 1935.

Dan B. Shields, U. S. Atty., of Salt
Lake City, Utah.

Irvine, Skeen & Thurman, of Salt Lake
City, Utah, for appellees.

Before LEWIS and PHILLIPS, Cir-
cuit Judges.

PER CURIAM.

Appeal dismissed on motion of appel-
lant.

UNITED STATES of America, Appellant, v.
Robert Chester O'BRIEN,
Appellee.

No. 7759.

Circuit Court of Appeals, Ninth Circuit.

June 17, 1935.

·H. H. McPike, U. S. Atty., and Thomas
C. Lynch, Asst. U. S. Atty., both of San
Francisco, Cal.

Alvin Gerlack, of San Francisco, Cal.,
for appellee.

Before WILBUR, DENMAN, and
MATHEWS, Circuit Judges.

PER CURIAM.

Upon motion of counsel for appellee
confessing error herein and for reversal of
the judgment of the District Court herein
and remanding of the cause for a new
trial, upon authority of White v. U. S. A.,
77 F.(2d) 757, decided by this court May
20, 1935, No. 7245, it is ordered that said
motion be granted, that a judgment be filed
and entered accordingly, and the mandate
of this court issued forthwith.

UNITED STATES of America, Appellant, v.
Herman L. MILLS, Appellee.

No. 3866.

Circuit Court of Appeals, Fourth Circuit.

June 15, 1935.

For opinion below, see 7 F.Supp. 547.

Harold M. Stephens, Asst. Atty. Gen.,
Robert L. Stern, Sp. Atty., of New York
City, Carl McFarland and Henry W. Ed-
gerton, Sp. Assts. to Atty. Gen., and Ber-
nard J. Flynn, U. S. Atty., and C. Ross
McKenrick, Asst. U. S. Atty., both of Bal-
timore, Md.

Alexander Armstrong and Arthur W.
Machen, Jr., both of Baltimore, Md., for
appellee.

PER CURIAM.

Case dismissed under Rule 20 in accord-
ance with agreement of counsel.

UNITED STATES, Plaintiff-Appellant, v. Har-
ry SCEPPE and Harry Richard-
son, Defendants-Appellees.

No. 317.

Circuit Court of Appeals, Second Circuit.

June 11, 1935.

Leo J. Hickey, U. S. Atty., of Brooklyn,
N. Y. (Vine H. Smith, Asst. U. S. Atty.,
of New York City, of counsel), for the
United States.

Before L. HAND, AUGUSTUS N.
HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order reversed in open court.